UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD VINCENT DAVIE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GIGI MADISON,<br><br>　　　　Defendant. | Case No. 2:23-cv-09692-SB-PVC<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

　　　Plaintiff Todd Vincent Davie filed a petition for a writ of habeas corpus on November 13, 2023.  Dkt. No. 1.  Plaintiff did not pay the filing fee.  Dkt. No. 2.  On November 15, the clerk's office instructed Plaintiff to either pay the filing fee or request to proceed in forma pauperis (IFP).  *Id*.  The clerk's office warned Plaintiff that his action may be dismissed if he failed to respond within 30 days.  *Id*.  The deadline passed on December 15, and Plaintiff failed to pay the filing fee or to request IFP status.  The Court therefore dismisses this case in its entirety without prejudice.

　　　A final judgment will be entered separately.

Date: January 5, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1