JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD VINCENT DAVIE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GIGI MADISON,<br><br>　　　　Defendant. | Case No. 2:23-cv-09692-SB-PVC<br><br>FINAL JUDGMENT |

　　　For the reasons stated in the separate order of dismissal entered this date, Plaintiff Todd Vincent Davie's claim against Defendant Gigi Madison is dismissed without prejudice for failure to pay the initial filing fee.

　　　This is a final judgment.

Date: January 5, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　United States District Judge

1